No. 63209.—Davies, Turner & Co. v. United States, protest 58/4252 (Philadelphia).

Opinion by MOLLISON, J. The protest was dismissed.

No. 63210.—Guy B. Barham Company, for Hallie St. Mary v. United States, protest 58/12120 (Los Angeles).

Opinion by MOLLISON, J. The protest was dismissed.

No. 63211.—Servicised Products Corporation v. United States, protests 58/15868–10135 and 58/15869–10136 (Chicago).

Opinion by MOLLISON, J. The protests were dismissed.

No. 63212.—Lep Transport, Inc., et al. v. United States, protests 58/16339(C), etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, JUNE 30, 1959

No. 63213.—Atlanta Newspapers, Inc. v. United States, protest 312339–K (Tampa).

Opinion by RAO, J. In accordance with stipulation of counsel that 34 percent of the paper conforms in all respects to the specifications for standard newsprint paper and is of a class or kind of paper which was chiefly used for the printing of newspapers on and prior to June 17, 1930, the claim of the plaintiff was sustained with respect to said 34 percent of the merchandise.